BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, California 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a National Banking Association,<br><br>             Plaintiff,<br><br>vs.<br><br>FEDERAL RESERVE BANK OF SAN FRANCISCO,<br>             Defendant. | Case No.  CV 07-01939 SC<br><br>**NOTICE OF DISMISSAL OF COMPLAINT** |

Plaintiff Wells Fargo Bank, N.A. hereby provides notice of dismissal, and voluntarily dismisses, the Complaint filed in this action pursuant to Federal Rule of Procedure 41(a).

LAW OFFICES OF BARBARA CRAY

Dated: May 21, 2007         By: /s/ Barbara Cray
                                                BARBARA CRAY
                                                Attorneys for Plaintiff
                                                WELLS FARGO BANK, N.A.



_____
**NOTICE OF DISMISSAL OF COMPLAINT**                                                               1